```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

RAZ TRADING LLC.,                  :
a/k/a Kevin Razzoli,               :
                                   :    Civil Action No. 12-0944 (JBS)
            Plaintiff,             :
                                   :
       v.                          :    **ORDER**
                                   :
u.s. DEPT. OF AGRICULTURE,         :
et al.,                            :
                                   :
            Defendants.            :

   For the reasons expressed in the Opinion filed herewith,

   IT IS on this   **29th**   day of   **February**  , 2012,

   ORDERED that the Clerk of the Court shall amend the Docket to reflect that Plaintiff is also known as "Kevin Razzoli"; and it is further

   ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

   ORDERED that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, at

   Mitchell H. Cohen Building and U.S. Courthouse, Fourth
   and Cooper Streets, Camden, New Jersey, 08101,

within 30 days after the date of entry of this Order; Plaintiff's writing shall include (1) prepayment in full of the $350 filing fee and (2) a proposed amended complaint setting forth Plaintiff's claims in a manner that clearly sets forth his claims

against each defendant and that otherwise comports with the Federal Rules of Civil Procedure; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.


                **s/ Jerome B. Simandle**
Jerome B. Simandle
Chief Judge
United States District Court